1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney

2

3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division

4  MARK L. KROTOSKI (CSBN 138549)
   Assistant United States Attorney

5

6  150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5035

7  Facsmile:   (408) 535-5066

8  Attorneys for Plaintiff

9

   UNITED STATES DISTRICT COURT

10

   NORTHERN DISTRICT OF CALIFORNIA

11

   SAN JOSE DIVISION

12                                                          *E-FILED - 3/9/06*

13

   UNITED STATES OF AMERICA,          )      No. CR 06-00054-RMW

14                                     )
          Plaintiff,                   )

15                                     )      STIPULATION REGARDING
        v.                             )      EXCLUDABLE TIME AND

16                                     )      ORDER
                                       )
   JOSE SOLER,                         )

17     a/k/a antboogie,                )
       a/k/a Jas125,                   )

18                                     )
          Defendant.                   )

19   _____)

20

21      It is hereby stipulated and agreed between defendant Jose Soler, and his counsel N.A.

   Christensen, Jr., and the United States as follows:

22

23      This matter was set for a status conference on March 13, 2006 at 9:00 a.m.  In this copyright

   infringement case, the defense needs more time to prepare, review discovery previously

24

   provided, including a substantial amount of digital evidence, and research legal and sentencing

25

   issues.  The parties have been discussing plea and sentencing issues.  The defendant was only

26

   recently arraigned on this case on February 22, 2006.  It is reasonable for the defense to have

27

   additional time to review the discovery, which includes some digital evidence.

28

STIPULATION REGARDING EXCLUDABLE TIME AND  ORDER
CR 06-00054-RMW

1  The parties stipulate and move the Court to exclude time under the Speedy Trial Act from the

2  March 13, 2006, until April 10, 2006, because the parties believe that the ends of justice served

3  by the granting of such a continuance outweigh the best interests of the public and the defendant

4  in a speedy trial, particularly since reasonable time is needed for the defense to prepare for

5  pretrial and trial matters, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(ii).  The parties

6  further stipulate that time may be excluded for reasonable time for defense

7  preparation, since the failure to exclude time would deny counsel for the defendant reasonable

8  time necessary for effective preparation, taking into account the exercise of due diligence,

9  pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(iv).

10  So stipulated.

11  Dated: March 2, 2006                                    KEVIN V. RYAN
                                                          United States Attorney

12
                                                              /S/
13
                                                          _____
                                                          MARK L. KROTOSKI
14                                                        Assistant United States Attorney

15  So stipulated.

16  Dated: March 2, 2006

                                                              /S/
17
                                                          _____
                                                          N.A. Christensen, Jr.
18                                                        Attorney for Defendant Soler

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME AND  ORDER
CR 06-00054-RMW                        Page 2 of  3

1
# ORDER

2      Based upon the foregoing Stipulation and good cause appearing therefor,

3      **IT IS HEREBY ORDERED** that the status conference set for March 13, 2006 at 9:00 a.m.

4    for defendant Soler shall be continued to April 10, 2006 at 9:00 a.m.

5      **IT IS FURTHER ORDERED** that the time between March 13, 2006, until April 13, 2006

6    shall be excluded from the computation period within which the trial must commence, for the

7    reasons and based upon the statutory provisions set forth by the parties in this Stipulation,

8    including that time is needed for effective defense preparation..  The Court finds that the ends of

9    justice outweigh the interests of the public and the parties in a speedier trial under 18 U.S.C. §§

10   3161(h)(8)(A), 3161(h)(8)(B)(ii) (complexity), 3161(h)(8)(B)(iv) (reasonable time necessary for

11   effective preparation taking into account the exercise of due diligence).

12   DATED: March 9, 2006

13                                             /S/ RONALD M. WHYTE
                                               RONALD M. WHYTE
14                                             United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28