KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

150 Almaden Avenue, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
FAX: (408) 535-5081
E-Mail: Mark. Krotoski@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 6/19/06*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE SOLER,<br>a/k/a antboogie,<br>a/k/a Jas125,<br>Defendants. | No. CR 06-00054-RMW<br><br>ORDER AFTER HEARING EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

It is hereby stipulated and agreed between defendant Jose Soler, and his counsel Carleen R. Arlidge, and the United States as follows:

This matter was set for a status conference on June 12, 2006 at 9:00 a.m. In this copyright infringement case, the defense needs more time to prepare, review discovery previously provided, including a substantial amount of digital evidence, and research legal and sentencing issues. The parties have been discussing plea and sentencing issues. Defense counsel was only recently substituted into this case on May 8, 2006. It is reasonable for the defense to have additional time to review the discovery, which includes some digital evidence.

The parties stipulate and move the Court to exclude time under the Speedy Trial Act from the June 12, 2006 , until June 19, 2006, because the parties believe that the ends of justice served by

the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial, particularly since reasonable time is needed for the defense to prepare for pretrial and trial matters, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(ii). The parties further stipulate that time may be excluded for reasonable time for defense preparation, since the failure to exclude time would deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(iv).

So stipulated.

Dated: May __, 2006

KEVIN V. RYAN
United States Attorney

______________________
MARK L. KROTOSKI
Assistant United States Attorney

So stipulated.

Dated: May __, 2006

______________________
CARLEEN R. ARLIDGE
Attorney for Defendant Siloac

# ORDER

Based upon the foregoing Stipulation and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the status conference set for June 12, 2006 at 9:00 a.m. for defendant Jose Soler shall be continued to June 19, 2006 at 9:00 a.m.

**IT IS FURTHER ORDERED** that the time between June 12, 2006 , until June 19, 2006 shall be excluded from the computation period within which the trial must commence, for the reasons and based upon the statutory provisions set forth by the parties in this Stipulation, including that time is needed for effective defense preparation.. The Court finds that the ends of justice outweigh the interests of the public and the parties in a speedier trial under 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(ii) (complexity), 3161(h)(8)(B)(iv) (reasonable time necessary for effective preparation taking into account the exercise of due diligence).

DATED: June 19, 2006

/s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

Distribute to:

Carleen R. Arlidge
111 W St John Street, Suite 555
San Jose, CA 95113
FAX

Mark L. Krotoski
AUSA
150 Almaden Boulevard, Suite 900
San Jose, CA 95113