KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

150 Almaden Avenue, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
FAX:       (408) 535-5081
E-Mail:    Mark.Krotoski@usdoj.gov

Attorneys for Plaintiff

**FILED**

JUN 21 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE SOLER, <br> a/k/a antboogie, <br> a/k/a Jas125, <br> Defendants. | No. CR 06-00054-RMW <br><br> [PROPOSED] ORDER AFTER HEARING EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

It is hereby stipulated and agreed between defendant Jose Soler, and his counsel Carleen R. Arlidge, and the United States as follows:

This matter was set for a status conference on June 19, 2006 at 9:00 a.m. In this copyright infringement case, the defense needs more time to prepare, review discovery previously provided, including a substantial amount of digital evidence, and research legal and sentencing issues. Defense counsel requests further time to consult with a defense expert and possibly proceed to trial.

The parties stipulate and move the Court to exclude time under the Speedy Trial Act from the June 19, 2006, until July 17, 2006, because the parties believe that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant

STIPULATION REGARDING EXCLUDABLE TIME AND [PROPOSED] ORDER
CR 06-00054-RMW

in a speedy trial, particularly since reasonable time is needed for the defense to prepare for pretrial and trial matters, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(ii). The parties further stipulate that time may be excluded for reasonable time for defense preparation, since the failure to exclude time would deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(iv).

So stipulated.

Dated: June 19, 2006

KEVIN V. RYAN
United States Attorney

*/s/ Mark L. Krotoski*

MARK L. KROTOSKI
Assistant United States Attorney

So stipulated.

Dated: June 19, 2006

*/s/ Carleen R. Arlidge*

CARLEEN R. ARLIDGE
Attorney for Defendant Soler

## ORDER

Based upon the foregoing Stipulation and good cause appearing therefor,

IT IS HEREBY ORDERED that a status conference in this matter shall be set for July 17, 2006 at 9:00 a.m. to allow the defense more time for preparation.

IT IS FURTHER ORDERED that the time between June 19, 2006, until July 17, 2006 shall be excluded from the computation period within which the trial must commence, for the reasons and based upon the statutory provisions set forth by the parties in this Stipulation, including that time is needed for effective defense preparation.. The Court finds that the ends of justice outweigh the interests of the public and the parties in a speedier trial under 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(ii) (complexity), 3161(h)(8)(B)(iv) (reasonable time necessary for effective preparation taking into account the exercise of due diligence).

DATED: June 19, 2006

_____
RONALD M. WHYTE
United States District Judge