1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4     150 Almaden Avenue, Suite 900
      San Jose, California 95113
5     Telephone: (408) 535-5035
      FAX:        (408) 535-5081
6     E-Mail:    Mark. Krotoski@usdoj.gov

7  Attorneys for Plaintiff

8                   UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11                                         *E-FILED - 10/17/06*

12 UNITED STATES OF AMERICA,        )    No. CR 06-00054-RMW
                                    )
13        Plaintiff,                )    STIPULATION REGARDING
                                    )    EXCLUDABLE TIME AND []
14 v.                               )    ORDER
                                    )
15 JOSE SOLER,                      )
16    a/k/a antboogie,              )
      a/k/a Jas125,                 )
17        Defendants.               )
                                    )
18 ─────────────────────────────────

19        It is hereby stipulated and agreed between defendant Jose Soler, and his counsel Carleen

20 R. Arlidge, and the United States as follows:

21        This matter is presently set for a status conference on September 25, 2006 at 9:00 a.m.  In

22 this copyright infringement case, the defense needs more time to prepare, review discovery

23 previously provided, including a substantial amount of digital evidence, and research legal and

24 sentencing issues.  Defense counsel requests further time to consult with a defense expert and

25 possibly proceed to trial.

26        The defense previously requested a copy of the hard drives seized in this case and the

27 government had agreed to provide the copies once the defense provides several hard drives to

28 complete the copying process.  Once the government receives the requested hard drives, copies

STIPULATION REGARDING EXCLUDABLE TIME AND [] ORDER
CR 06-00054-RMW

1  will be provided to the defense.  The defense has agreed to obtain and provide the hard drives to

2  the case agent.  The defense will then need further time to review the copies in this case with its

3  expert.

4       The parties stipulate and move the Court to exclude time under the Speedy Trial Act from

5  September 25, 2006 , until November 13, 2006, or the next available date, because the parties

6  believe that the ends of justice served by the granting of such a continuance outweigh the best

7  interests of the public and the defendant in a speedy trial, particularly since reasonable time is

8  needed for the defense to prepare for pretrial and trial matters, pursuant to 18 U.S.C. §§

9  3161(h)(8)(A), 3161(h)(8)(B)(ii).  The parties further stipulate that time may be excluded for

10 reasonable time for defense preparation, since the failure to exclude time would deny counsel for

11 the defendant reasonable time necessary for effective preparation, taking into account the

12 exercise of due diligence, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(iv).

13      So stipulated.

14 Dated: September 20, 2006                    KEVIN V. RYAN
                                               United States Attorney
15
16                                             /s/
                                               _____
17                                             MARK L. KROTOSKI
                                               Assistant United States Attorney
18      So stipulated.

19 Dated: September 20, 2006
                                               /s/
20
                                               _____
21                                             CARLEEN R. ARLIDGE
                                               Attorney for Defendant Soler

22

23

24

25

26

27

28

1

**ORDER**

2      Based upon the foregoing Stipulation and good cause appearing therefor,

3      IT IS HEREBY ORDERED that a status conference in this matter shall be set for November

4   13, 2006 at 9:00 a.m. to allow the defense more time for preparation.

5      IT IS FURTHER ORDERED that the time between September 25, 2006 until November 13,

6   2006 shall be excluded from the computation period within which the trial must commence, for

7   the reasons and based upon the statutory provisions set forth by the parties in this Stipulation,

8   including that time is needed for effective defense preparation..  The Court finds that the ends of

9   justice outweigh the interests of the public and the parties in a speedier trial under 18 U.S.C. §§

10   3161(h)(8)(A), 3161(h)(8)(B)(ii) (complexity), 3161(h)(8)(B)(iv) (reasonable time necessary for

11   effective preparation taking into account the exercise of due diligence).

12   DATED: October 17, 2006

13                                                   /s/ Ronald M. Whyte
                                                 RONALD M. WHYTE
14                                                 United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Distribute to:

Carleen R. Arlidge
111 W St John Street, Suite 555
San Jose, CA 95113
FAX

Mark L. Krotoski
AUSA
150 Almaden Boulevard, Suite 900
San Jose, CA 95113