KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

150 Almaden Avenue, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
FAX:        (408) 535-5081
E-Mail:   Mark. Krotoski@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION        *E-FILED - 11/17/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00054-RMW |
| ) | |
| Plaintiff, ) | [ ORDER AFTER HEARING |
| ) | EXCLUDING TIME UNDER THE |
| v. ) | SPEEDY TRIAL ACT |
| ) | |
| JOSE SOLER, ) | |
|   a/k/a antboogie, ) | |
|   a/k/a Jas125, ) | |
| Defendants. ) | |
| ) | |

It is hereby stipulated and agreed between defendant Jose Soler, and his counsel Carleen R. Arlidge, and the United States as follows:

This matter was set for a status conference on November 13, 2006 at 9:00 a.m. In this copyright infringement case, the defense needs more time to prepare, review discovery previously provided, including a substantial amount of digital evidence, and research legal and sentencing issues. Defense counsel requests further time to consult with a defense expert and possibly proceed to trial. More specifically, defense counsel has requested copies of the hard drives obtained in this case. The government has previously agreed to provide the defense with copies once the defense provides to the FBI the following blank hard drives for copying: One (1) Western Digital 5.4-GB hdd; one (1) external 20-GB hdd; five (5) Western Digital 80-GB hdd;

STIPULATION REGARDING EXCLUDABLE TIME AND [] ORDER
CR 06-00054-RMW

1  two (2) Seagate 80-GB hdd; one (1) Maxtor 80-GB; one (1) Western Digital 120-GB; and two
2  (2) Maxtor 120-GB.  Once these hard drives are provided to the FBI, the government will
3  provide copies to the defense as soon as the Regional Computer Forensic Laboratory can make
4  them.  Defense counsel also just completed an extended trial and was precluded from obtaining
5  the hard drives earlier.

6       The parties stipulate and move the Court to exclude time under the Speedy Trial Act from
7  the November 13, 2006, until December 11, 2006, because the parties believe that the ends of
8  justice served by the granting of such a continuance outweigh the best interests of the public and
9  the defendant in a speedy trial, particularly since reasonable time is needed for the defense to
10 prepare for pretrial and trial matters, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(ii).
11 The parties further stipulate that time may be excluded for reasonable time for defense
12 preparation, since the failure to exclude time would deny counsel for the defendant reasonable
13 time necessary for effective preparation, taking into account the exercise of due diligence,
14 pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(iv).

15     So stipulated.

16 Dated: November 10, 2006                             KEVIN V. RYAN
                                                       United States Attorney
17
                                                       /s/
18                                                       _____
                                                       MARK L. KROTOSKI
19                                                      Assistant United States Attorney

20     So stipulated.

21 Dated:  November 10, 2006
                                                       /s/
22                                                        _____
                                                     CARLEEN R. ARLIDGE
23                                                      Attorney for Defendant Soler

24
25
26
27
28

# ORDER

Based upon the foregoing Stipulation and good cause appearing therefor,

IT IS HEREBY ORDERED that a status conference in this matter shall be set for December 11, 2006 at 9:00 a.m. to allow the defense more time for preparation.

IT IS FURTHER ORDERED that the time between November 13, 2006, until December 11, 2006 shall be excluded from the computation period within which the trial must commence, for the reasons and based upon the statutory provisions set forth by the parties in this Stipulation, including that time is needed for effective defense preparation.. The Court finds that the ends of justice outweigh the interests of the public and the parties in a speedier trial under 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(ii) (complexity), 3161(h)(8)(B)(iv) (reasonable time necessary for effective preparation taking into account the exercise of due diligence).

DATED: November 17, 2006

/s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

1  Distribute to:

2

3  Carleen R. Arlidge
   111 W St John Street, Suite 555
   San Jose, CA 95113
4  FAX (408) 288-8533

5  Mark L. Krotoski
   AUSA
6  150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28