| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321) |
| | United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CSBN 138549) |
| | Chief, Criminal Division |
| 4 | 150 Almaden Boulevard, Suite 900 |
| | San Jose, California 95113 |
| 5 | Telephone: (408) 535-5035 |
| | FAX: (408) 535-5081 |
| 6 | E-Mail: Mark.Krotoski@usdoj.gov |
| 7 | Attorneys for Plaintiff |

FILED

DEC 1 3 2006

...NG
...COURT
...ALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00054-RMW |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER AFTER HEARING EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) | |
| JOSE SOLER, | ) | |
|   a/k/a antboogie, | ) | |
|   a/k/a Jas125, | ) | |
| Defendants. | ) | |

On December 11, 2006, the above-captioned case came on for a status conference hearing. Defendant Jose Soler, who was not present, was represented by defense attorney Carleen R. Arlidge, who was present. The United States was represented by Assistant U.S. Attorney Mark L. Krotoski.

Defense counsel agreed to provide approximately thirteen hard drives so mirror images of her client's hard drives obtained during the search in this case can be made for review by a defense expert. The government previously agreed to provide the defense with copies once the defense furnishes to the FBI the requested blank hard drives for copying, including the following: One (1) Western Digital 5.4-GB hdd; one (1) external 20-GB hdd; five (5) Western Digital 80-GB hdd; two (2) Seagate 80-GB hdd; one (1) Maxtor 80-GB; one (1) Western Digital

[~~PROPOSED~~] ORDER AFTER HEARING EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT
CR 06-00054 RMW

1  120-GB; and two (2) Maxtor 120-GB. Government counsel again confirmed that once the
2  defense provides blank hard drives, copies would be requested and made.
3  At the hearing, the Court set a status conference for January 8, 2007 at 9:00 a.m.
4  The parties agreed and the Court independently found that time should be excluded under the
5  Speedy Trial Act from December 11, 2006 until January 8, 2007, to allow defense counsel time
6  to prepare, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(iv) (reasonable time
7  necessary for effective preparation taking into account the exercise of due diligence).
8  Specifically, the ends of justice served by the granting of the continuance outweigh the best
9  interests of the public and the defendant in a speedy trial, after considering the relevant factors:
10 (i)  The failure to grant such a continuance in the proceeding would be likely to result in a
11     miscarriage of justice since defense counsel needs reasonable time to prepare and pursue
12     other investigation, particularly given the request for her expert to review copies of the
13     defendant's hard drive; Additionally, once the defense provides the approximately
14     thirteen hard drives to the government, which were previously requested, copies will be
15     made for the defense;
16 (ii) The failure to grant such a continuance would deny counsel for the defendant reasonable
17     time necessary for effective preparation, taking into account the exercise of due
18     diligence;
19 (iii) The request for the exclusion of time is reasonable and specifically limited in time until
20     January 8, 2007, after allowing time for reasonable time for defense counsel to obtain
21     blank hard drives and provide them to the government for copying and to review the
22     copies made and provided.
23 For the foregoing reasons, the ends of justice served by the granting of such continuance
24 outweigh the best interests of the public and the defendant in a speedy trial, and given that the
25 defense needs reasonable time necessary for effective preparation, taking into account the
26 exercise of due diligence. 18 U.S.C. S 3161(h)(8)(A).
27 // // //
28 // // //

1 | This written order memorializes oral rulings of the Court made on December 11, 2006

2 | Dated: December __, 2006

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge