KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

150 Almaden Avenue, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
FAX:         (408) 535-5081
E-Mail:     Mark. Krotoski@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 1/22/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00054-RMW |
| Plaintiff, | [] ORDER AFTER HEARING EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| JOSE SOLER, a/k/a antboogie, a/k/a Jas125, Defendants. | |

It is hereby stipulated and agreed between defendant Jose Soler, and his counsel Carleen R. Arlidge, and the United States as follows:

This matter was set for a status conference on January 8, 2007 at 9:00 a.m. Assistant U.S. Attorney Mark L. Krotoski appeared on behalf of the government. Defense counsel Carleen Arlidge did not appear and had called earlier in the morning to represent that she had a state court trial conflict.

In this copyright infringement case, the defense needs more time to prepare, review discovery previously provided, including a substantial amount of digital evidence, and research legal and sentencing issues. Defense counsel requests further time to consult with a defense expert and possibly proceed to trial. More specifically, defense counsel has requested copies of

STIPULATION REGARDING EXCLUDABLE TIME AND [] ORDER
CR 06-00054-RMW

1  the hard drives obtained in this case.  The government has previously agreed to provide the
2  defense with copies once the defense provides to the FBI the following blank hard drives for
3  copying: Three (3) 250 GB hard drives; and One (1) 400 GB hard drive. Alternatively, the
4  parties may propose a resolution of the case at the next status hearing on February 5, 2007 at
5  9:00 a.m.
6         The parties stipulate and move the Court to exclude time under the Speedy Trial Act from
7  the January 8, 2007 until February 5, 2007, because the parties believe that the ends of justice
8  served by the granting of such a continuance outweigh the best interests of the public and the
9  defendant in a speedy trial, particularly since reasonable time is needed for the defense to
10 prepare for pretrial and trial matters, and for continuity of counsel, pursuant to 18 U.S.C. §§
11 3161(h)(8)(A), 3161(h)(8)(B)(ii).  The parties further stipulate that time may be excluded for
12 reasonable time for defense preparation, since the failure to exclude time would deny counsel for
13 the defendant reasonable time necessary for effective preparation, taking into account the
14 exercise of due diligence, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(iv).
15     So stipulated.
16 Dated: January 8, 2007                    KEVIN V. RYAN
                                             United States Attorney
17
                                               /s/
18                                           _____
                                             MARK L. KROTOSKI
19                                           Assistant United States Attorney
20     So stipulated.
21 Dated:  January 9, 2007
                                               /s/
22                                           _____
                                             CARLEEN R. ARLIDGE
23                                           Attorney for Defendant Soler
24
25
26
27
28

STIPULATION REGARDING EXCLUDABLE TIME AND [] ORDER
CR 06-00054-RMW              Page 2 of  4

**ORDER**

Based upon the foregoing Stipulation and good cause appearing therefor,

IT IS HEREBY ORDERED that a status conference in this matter shall be set for February 5, 2007 at 9:00 a.m. to allow the defense more time for preparation.

IT IS FURTHER ORDERED that the time between January 8, 2007 until February 5, 2007 shall be excluded from the computation period within which the trial must commence, for the reasons and based upon the statutory provisions set forth by the parties in this Stipulation, including that time is needed for effective defense preparation.. The Court finds that the ends of justice outweigh the interests of the public and the parties in a speedier trial under 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(ii) (complexity), 3161(h)(8)(B)(iv) (reasonable time necessary for effective preparation taking into account the exercise of due diligence).

DATED: January 22, 2007

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

1 | Distribute to:

2

3 | Carleen R. Arlidge
111 W St John Street, Suite 555
San Jose, CA 95113

4 | FAX (408) 288-8533

5 | Mark L. Krotoski
AUSA

6 | 150 Almaden Boulevard, Suite 900
San Jose, CA 95113