SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
FAX: (408) 535-5081
E-Mail: Mark.Krotoski@usdoj.gov

Attorneys for Plaintiff

FILED

MAR 27 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOSE SOLER, )<br>   a/k/a antboogie, )<br>   a/k/a Jas125, )<br>     Defendants. )<br>_____ ) | No. CR 06-00054-RMW<br><br>[PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

On March 19, 2007, the above-captioned case came on for a status conference hearing. Defendant Jose Soler, who was not present, was represented by defense attorney Carleen R. Arlidge, who was present. The United States was represented by Assistant U.S. Attorney Mark L. Krotoski.

Prior to the hearing, defense counsel filed a motion and affidavit to withdraw as attorney of record and for appointment of new counsel. Defense counsel represented in court that her client was advised of the hearing and the substitution of counsel and elected not to appear in court.

The Court granted the defense motion for a substitution of counsel. Defense counsel Mary Conn was substituted for Ms. Arlidge.

At the hearing, the Court set a status conference for April 30, 2007 at 9:00 a.m. The

[PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT
CR 06-00054 RMW

1  Court ordered defendant Soler to appear at the hearing on April 30, 2007, and defense counsel
2  Arlidge confirmed she would advise defendant Soler of the Court's order requiring his
3  appearance.
4        Defense counsel Arlidge informed the Court that she would provide defense counsel
5  Conn with all the discovery and files in the case.
6        The parties agreed and the Court independently found that time should be excluded under
7  the Speedy Trial Act from March 19, 2007 until April 30, 2007, to allow new defense counsel
8  time to prepare, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(iv) (reasonable time
9  necessary for effective preparation taking into account the exercise of due diligence).
10       Specifically, the ends of justice served by the granting of the continuance outweigh the
11 best interests of the public and the defendant in a speedy trial, after considering the relevant
12 factors:
13   (i)  The failure to grant such a continuance in the proceeding would be likely to result in a
14       miscarriage of justice since new defense counsel needs reasonable time to prepare, to
15       review the discovery and legal issues, particularly given the copyright charges and
16       computer forensic issues in the case.
17   (ii)  The failure to grant such a continuance would deny new counsel for the defendant
18       reasonable time necessary for effective preparation, taking into account the exercise of
19       due diligence.
20   (iii)  The request for the exclusion of time is reasonable and specifically limited in time until
21       April 30, 2007, after allowing reasonable time for defense counsel to review the
22       discovery and legal issues.
23       For the foregoing reasons, the ends of justice served by the granting of such continuance
24 outweigh the best interests of the public and the defendant in a speedy trial, and given that the
25 defense needs reasonable time necessary for effective preparation, taking into account the
26 exercise of due diligence. 18 U.S.C. S 3161(h)(8)(A).
27 // // //
28 // // //

1 |     This written order memorializes oral rulings of the Court made on March 19, 2007.

2 | Dated: March 23, 2007

3 |                                       RONALD M. WHYTE

4 |                                       United States District Judge

1  Please distribute to:

2  Mary E. Conn, Esq.
   Mary E. Conn & Associates
3  55 River St Ste 100
   Santa Cruz, CA 95060
4  Fax (831) 426-0159

5  Carleen R. Arlidge, Esq.
   111 W St John Street, Suite 555
6  San Jose, CA 95113

7  Mark L. Krotoski
   AUSA
8  150 Almaden Boulevard, Suite 900
   San Jose, CA 95113

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28