Mary Elizabeth Conn CBA #224597
MARY E. CONN & ASSOCIATES
55 River Street Ste. 100
Santa Cruz, CA 95060
Telephone: (831) 471-7103
Fax: (831) 426-0159
Attorney For Defendant Jose Soler

*E-FILED - 4/26/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 06-00054-RMW |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | STIPULATION AND (PROPOSED) ORDER TO EXCLUDE TIME PURSUANT TO SPEEDY TRIAL ACT |
| JOSE SOLER, | ) | |
| Defendant. | ) | |

TO THE HONORABLE RONALD WHYTE:

Defendant Jose Soler, through his counsel, Mary Elizabeth Conn, and Assistant United States Attorney Mark L. Krotoski stipulate and agree that time shall be excluded from April 30, 2007 through May 21, 2007 pursuant to 18 U.S.C. §§ 3161 (h)(8)(A) and (B)(iv), the Speedy Trial Act, in that the ends of justice served by the continuance requested outweigh the best interest of the defendant and public in speedy trial because the failure to grant such a continuance would deny the defense the time necessary for effective preparation, taking into account the exercise of due diligence.

The parties request that the date of May 21, 2007, at 9:00 a.m. be set for status of Mr. Soler, and that the date of April 30, 2007, currently set, be vacated for the reasons set

forth below.

The parties stipulate and request that the Court find the following as a factual basis for excluding the time pursuant to the Speedy Trial Act:

(1) Defense counsel has been recently appointed and is in the process of reviewing discovery recently obtained from the defendant's prior attorney.

(2) The defendant is unavailable to appear in court on April 30, 2007.

(3) In addition, the defense is obtaining hard drives to provide to the government and has requested that the government make copies of digital evidence obtained in this case. The defense has provided three hard drives to the government and is obtaining a fourth hard drive which should be provided shortly. Once the government receives all the hard drives, the government will make the requested copies and provide them to the defense.

(4) Defense counsel has been unexpectedly out of the office this past week due to an unanticipated family situation.

(5) The defense understands that the Court previously ordered the defendant to appear at the next status hearing in this case and the defendant will appear on May 21, 2007, as previously ordered by the Court.

An exclusion of time is necessary to afford the government time to complete the discovery process and to permit the defense to adequately assess the discovery and make informed decisions regarding any possible trial in this case.

For these reasons, the parties agree that a continuance is necessary to ensure that counsel is available and prepared to make informed decisions regarding the case, and

denial of such a continuance would unreasonably deny the defendant effective case preparation pursuant to 18 U.S.C. § 3161 (h)(8)(A) and 3161(h)(B)(iv).

Dated:  April 25, 2007

Respectfully submitted,
MARY E. CONN & ASSOCIATES

_____/S/_____

Mary Elizabeth Conn,
Attorney for Defendant Jose Soler


SCOTT N. SCHOOLS
United States Attorney


_____/S/_____
Mark L. Krotoski, AUSA


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00054-RMW |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER EXCLUDING TIME |
| | ) | PURSUANT TO SPEEDY TRIAL ACT |
| JOSE SOLER, | ) | |
| Defendant. | ) | |

FOR THE REASONS SET FORTH ABOVE IN THE STIPULATION BETWEEN THE PARTIES, THE COURT INDEPENDENTLY FINDS, IT IS HEREBY ORDERED

2007

1  that the time from April 30, 2007 to May 21, 2006 is excluded from the Speedy Trial Act
2  requirements of Title 18, United States Code, Section 3161 pursuant to Title 18, United
3  States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv). The Court finds that the time is
4  excludable in that the ends of justice served by granting this continuance outweigh the best
5  interests of the public and the defendant in a speedy trial. The failure to grant the
6  requested continuance would deny defense counsel reasonable time necessary for effective
7  preparation, taking into account the exercise of due diligence, and would result in a
8  miscarriage of justice. The Court therefore concludes that this exclusion of time should be
9  made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
10  IT IS SO ORDERED, subject to defendant's filing by 9:00 a.m. on April 30, 2007 a
    written promise to appear on May 21, 2007.    (rmw)
11
12  DATED: 4/26/07                              *Ronald M. Whyte*
                                                RONALD WHYTE
13                                              UNITED STATES DISTRICT JUDGE