SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
FAX: (408) 535-5081
E-Mail: Mark.Krotoski@usdoj.gov

Attorneys for Plaintiff

FILED

MAY 22 2007

NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE SOLER,<br>   a/k/a antboogie,<br>   a/k/a Jas125,<br>      Defendants. | No. CR 06-00054-RMW<br><br>[PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

On May 21, 2007, the above-captioned case came on for a status conference hearing. Defendant Jose Soler, who was present, was represented by defense attorney Mary Conn, who was present. The United States was represented by Assistant U.S. Attorney Mark L. Krotoski.

At the hearing, the Court set a status conference for July 30, 2007 at 9:00 a.m. and ordered defendant Soler to be present at the hearing. Defense counsel represented that she only recently obtained the discovery from prior defense counsel. She was also seeking to consult with the computer forensic expert concerning the hard drives in this case.

The parties agreed and the Court independently found that time should be excluded under the Speedy Trial Act from May 21, 2007 until July 30, 2007, to allow defense counsel time to prepare and for continuity of counsel, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(iv) (reasonable time necessary for effective preparation taking into account the exercise of due

1  diligence).

2  Specifically, the ends of justice served by the granting of the continuance outweigh the
3  best interests of the public and the defendant in a speedy trial, after considering the relevant
4  factors:

5   (i) The failure to grant such a continuance in the proceeding would be likely to result in a
6       miscarriage of justice since defense counsel is new to this case and needs reasonable time
7       to prepare, to review the discovery and legal issues, particularly given the copyright
8       charges and computer forensic issues in the case.
9   (ii) The failure to grant such a continuance would deny new counsel for the defendant
10       reasonable time necessary for effective preparation, taking into account the exercise of
11       due diligence.
12  (iii) The request for the exclusion of time is reasonable and specifically limited in time until
13       July 30, 2007, after allowing reasonable time for defense counsel to review the discovery
14       and legal issues.

15  For the foregoing reasons, the ends of justice served by the granting of such continuance
16  outweigh the best interests of the public and the defendant in a speedy trial, and given that the
17  defense needs reasonable time necessary for effective preparation, taking into account the
18  exercise of due diligence, and for continuity of counsel. 18 U.S.C. S 3161(h)(8)(A).

19  This written order memorializes oral rulings of the Court made on May 21, 2007.
20  Dated: May 22, 2007

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

1  Please distribute to:

2  Mary E. Conn, Esq.
   Mary E. Conn & Associates
3  55 River St Ste 100
   Santa Cruz, CA 95060
4  Fax (831) 426-0159

5
   Mark L. Krotoski
6  AUSA
   150 Almaden Boulevard, Suite 900
7  San Jose, CA 95113

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28